UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN DUGAN,

        Plaintiff,

v.

        Case No. 11-CV-10190

        HON. GEORGE CARAM STEEH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant,
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (DOC, #13) AS MOOT

At a hearing in this court on June 8, 2011, the court was advised by counsel for defendant that the administrative record was about to be sent to plaintiff as requested and plaintiff's counsel confirmed their understanding,

Accordingly, plaintiff's motion to compel is <u>DENIED without prejudice</u>, as moot, and may be re-opened upon request if necessary.

IT IS SO ORDERED.

Dated: June 13, 2011

        <u>S/George Caram Steeh</u>
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 13, 2011, by electronic and/or ordinary mail.

<u>S/Josephine Chaffee</u>
Deputy Clerk